UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| **D.D.**, by his parent and Next Friend **B.N.**; **G.P.**, by her parent and Next Friend **A.P.**; **G.G.**, by his mother and Next Friend **M.G.**; **M.M.**, by his parent and Next Friend **C.C.**; **L.G.**, by her parent and Next Friend **T.G.**; **S.W.**, by his parent and Next Friend **C.W.**; and **K.M.**, by his parent and guardian **L.M.**, | No. 18-cv-11795-TLL-PTM<br><br>Hon. Thomas L. Ludington<br><br>Mag. Patricia T. Morris<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS** |
| Plaintiffs, | |
| v. | |
| **MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES**; **ELIZABETH HERTEL**, Director of Michigan Department of Health and Human Services, in her official capacity, | |
| Defendants. | |

**MANTESE HONIGMAN, PC**
David M. Honigman (P33146)
Gerard V. Mantese (P34424)
Theresamarie Mantese (P53275)
Attorneys for Plaintiffs
1361 E. Big Beaver
Troy, MI 48083

**DISABILITY RIGHTS MICHIGAN**
Kyle M. Williams (P77227)
Nicholas A. Gable (P79069)
Attorneys for Plaintiffs
4095 Legacy Parkway
Lansing, MI 48911
(517) 487-1755

| | |
|---|---|
| (248) 457-9200 | kwilliams@drmich.org |
| dhonigman@mateselaw.com | ngable@drmich.org |
| gmantese@manteselaw.com | |
| tmantese@manteselaw.com | |
| | |
| **NATIONAL HEALTH LAW PROGRAM** | **JOHN J. CONWAY PC** |
| Kimberly Lewis (CA – 144879) | John J. Conway (P56659) |
| lewis@healthlaw.org | Attorney for Plaintiffs 2622 |
| Attorney for Plaintiffs | Woodward Ave. Ste. 225 |
| 3701 Wilshire Blvd., Ste. 750 | Royal Oak, MI 48067 |
| Los Angeles, CA 90010 | (313) 961-6525 |
| (919) 968-6308 | jj@jjconwaylaw.com |

Stephanie M. Service (P73305)
Marcy Citron (P61930)
Mark Donnelly (P39281)
**MICHIGAN DEPARTMENT OF ATTORNEY GENERAL**
Attorneys for Defendants
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-8703
ServiceS3@michigan.gov
CitronM@michigan.gov
DonnellyM@michigan.gov

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS**

2

Defendants, by and through their counsel, submit the following response to Plaintiffs' Motion for Attorney Fees and Costs (ECF No. 111) ("Plaintiffs' Attorney Fee Motion"):

1. Without admitting or denying the factual allegations and legal conclusions set forth in Plaintiffs' Attorney Fee Motion (including, but not limited to, Plaintiffs' designation as prevailing parties, the reasonableness of the hourly rate sought by Plaintiffs' counsel, or the number of hours billed by Plaintiffs' counsel), and consistent with the Settlement Agreement reached between the parties, Defendants agree to an order requiring Defendants to pay $3.5 million in attorney fees and costs to Plaintiffs for their attorney fees and costs in this case through December 31, 2027, contingent upon the Court's approval of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Related Relief (ECF No. 108) and Plaintiffs' upcoming Motion for Final Approval of the Settlement Agreement.

2. If the Court denies all or part of the relief sought in Plaintiffs' Attorney Fee Motion, Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Related Relief, or Plaintiffs' upcoming Motion for Final Approval of the Settlement Agreement,

Defendants reserve the right to challenge the facts, allegations, and relief sought in said motions.

                                             Respectfully submitted,

                                             /s/ *Stephanie M. Service*
                                             Stephanie M. Service (P73305)
                                             Marcy K. Citron (P61930)
                                             Mark Donnelly (P39281)
                                             Assistant Attorneys General
                                             Attorneys for Defendants
                                             Health, Education & Family
                                             Services Division
                                             P.O. Box 30758
                                             Lansing, MI 48909
                                             ServiceS3@michigan.gov
                                             CitronM@michigan.gov
                                             DonnellyM@michigan.gov

Dated:  February 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ *Stephanie M. Service*
Stephanie M. Service (P73305)
Assistant Attorney General
Attorney for Defendants
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
ServiceS3@michigan.gov