# EXHIBIT 3

### Class Rep KB

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Created By Employee (First, Last) | Time Entry Note |
|---|---|---|---|---|
| 1908403 | 12 | 3/27/2018 | Andrea Rizor | Prepared records request for CMH. Sent to Sue for mailing. |
| 1908403 | 120 | 4/6/2018 | Andrea Rizor | reviewing records |
| 1908403 | 6 | 4/6/2018 | Andrea Rizor | Called CMH and asked for status. Medical records person is new and was not aware of our entitlement to records within 3 days. She will have the records by tomorrow. |
| 1908403 | 30 | 4/6/2018 | Andrea Rizor | with mom and email to law firm |
| 1908403 | 42 | 4/19/2018 | Andrea Rizor | reviewing records again to prepare for meeting |
| 1908403 | 6 | 4/20/2018 | Andrea Rizor | Meeting with client's mother. Discussed class action with his mother and father. Retainer and rois signed. |
| 1908403 | 6 | 7/19/2018 | Andrea Rizor | Call to mom. Left message. Wait for returned call asking for update. |
| 1908403 | 6 | 7/23/2018 | Andrea Rizor | call with mom |
| 1908403 | 6 | 12/18/2018 | Andrea Rizor | Letter to family providing case documents and updates |
| 1908403 | 6 | 4/24/2019 | Andrea Rizor | Called parent. Family has moved. Checking in to see if services have improved since the move. Waiting for a returned call. |
| 1908403 | 15 | 4/30/2019 | Andrea Rizor | with mom and email to counsel |
| 1908403 | 6 | 4/30/2019 | Andrea Rizor | Called parent. Summary is provided in my email to class counsel |
| 1908403 | 12 | 9/6/2019 | Andrea Rizor | message to mom |
| 1908403 | 12 | 9/6/2019 | Andrea Rizor | Emailed Sue to ask her to send closing letter and prep case for closure |

### Class Rep LG

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Created By Employee (First, Last) | Time Entry Note |
|---|---|---|---|---|
| 2184787 | 12 | 1/3/2022 | Kyle Williams | review file and call mother to follow up on client docs. |
| 2184787 | 18 | 11/7/2022 | Kyle Williams | review file and call mom. left VM. |
| 2184787 | 60 | 11/15/2022 | Kyle Williams | Call with Mother. |
| 2184787 | 6 | 3/14/2023 | Kyle Williams | Call mom and leave VM |
| 2184787 | 12 | 3/29/2023 | Kyle Williams | review notes and case update note |
| 2184787 | 6 | 8/11/2023 | Kyle Williams | Case review note |
| 2184787 | 42 | 2/7/2024 | Kyle Williams | Call with mother |
| 2184787 | 6 | 2/7/2024 | Kyle Williams | Call Dave to discuss client update |

### Class Rep GP

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1873502 | 12 | 1/10/2018 | Rizor, Andrea | Note file |
| 1873502 | 20 | 1/10/2018 | Rizor, Andrea | call w Kris re records |
| 1873502 | 46 | 3/6/2018 | Rizor, Andrea | call w Kris - consult |
| 1873502 | 24 | 3/14/2018 | Rizor, Andrea | email to Kris |
| 1873502 | 210 | 3/14/2018 | Rizor, Andrea | reviewing all of cmh records |
| 1873502 | 30 | 3/14/2018 | Rizor, Andrea | with kris |
| 1873502 | 30 | 3/21/2018 | Rizor, Andrea | consult with Kris |
| 1873502 | 36 | 3/23/2018 | Rizor, Andrea | Reviewed email from Kris with attachments. Read through letter and spreadsheets provided by aunt. Thought it was good and helpful to the case. Suggested Kris let the aunt know. |
| 1873502 | 18 | 3/26/2018 | Rizor, Andrea | reviewed Kris' notes and emailed her a response |
| 1873502 | 30 | 4/2/2018 | Rizor, Andrea | call w Kris Discussed CLS and respite. Walked through criteria for CLS. Will review draft. Discussed goods and services and window issue. |
| 1873502 | 30 | 4/5/2018 | Rizor, Andrea | Prepared records request. Sent to Sue for mailing. |
| 1873502 | 24 | 4/6/2018 | Rizor, Andrea | Call with Kris. Reviewed notes beforehand. Great detail in the requested services. Discussed CLS need. |
| 1873502 | 36 | 4/18/2018 | Rizor, Andrea | research on PCP to help advocate with her question, emailed response to advocate |
| 1873502 | 42 | 4/18/2018 | Rizor, Andrea | reviewed records that just came in |
| 1873502 | 24 | 4/25/2018 | Rizor, Andrea | with Kris on her upcoming meeting |
| 1873502 | 30 | 4/27/2018 | Rizor, Andrea | research and email to Kris on the meeting with CMH |
| 1873502 | 30 | 4/27/2018 | Rizor, Andrea | with Kris |
| 1873502 | 42 | 4/27/2018 | Rizor, Andrea | call with mom on moving forward with class action |
| 1873502 | 42 | 4/30/2018 | Rizor, Andrea | with Kris K |
| 1873502 | 90 | 5/1/2018 | Rizor, Andrea | reviewing records in prep for conference call with mom |
| 1873502 | 90 | 5/1/2018 | Rizor, Andrea | client interview with Dave H and client |
| 1873502 | 24 | 5/7/2018 | Rizor, Andrea | consult with advocate on the case for next steps |
| 1873502 | 6 | 5/7/2018 | Rizor, Andrea | vm to mom |
| 1873502 | 66 | 5/9/2018 | Rizor, Andrea | calls with mom and then with Kris K |
| 1873502 | 30 | 6/1/2018 | Rizor, Andrea | with mom on Class action, sent copy via email after changes were made |
| 1873502 | 36 | 6/7/2018 | Rizor, Andrea | with mom on complaint |
| 1873502 | 36 | 6/20/2018 | Cody, Mark | Telephone call with mother. |
| 1873502 | 24 | 6/21/2018 | Rizor, Andrea | drafting records request |
| 1873502 | 30 | 6/21/2018 | Rizor, Andrea | with mom over her concerns on CPS and CMH issues |
| 1873502 | 18 | 6/22/2018 | Rizor, Andrea | reviewing email from mom, forward to Kris K |
| 1873502 | 18 | 6/22/2018 | Rizor, Andrea | to WMU |
| 1873502 | 42 | 6/22/2018 | Rizor, Andrea | with aunt on CMH problems |
| 1873502 | 42 | 6/22/2018 | Rizor, Andrea | call with WMU, consult with Mark Cody, email to mom, email to WMU |
| 1873502 | 18 | 6/29/2018 | Rizor, Andrea | with Kris |
| 1873502 | 30 | 7/5/2018 | Rizor, Andrea | reviewing emails from mom |
| 1873502 | 45 | 7/18/2018 | Rizor, Andrea | with Kris K |
| 1873502 | 36 | 8/14/2018 | Rizor, Andrea | with mom on problems with services |
| 1873502 | 60 | 8/14/2018 | Rizor, Andrea | research on experts. Mark Sundberg and Susan Wilynski. Calls with Autism speaks and Autism alliance. |
| 1873502 | 24 | 8/17/2018 | Rizor, Andrea | with Kris and email to Kris |
| 1873502 | 60 | 8/20/2018 | Rizor, Andrea | reviewing records and consult with Kris |
| 1873502 | 60 | 8/21/2018 | Rizor, Andrea | reading through records, email to Kris |
| 1873502 | 24 | 8/21/2018 | Rizor, Andrea | with Great LAkes |
| 1873502 | 25 | 6/10/2019 | Rizor, Andrea | email to NHELP |
| 1873502 | 20 | 7/10/2019 | Rizor, Andrea | with mom by phone and email |

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1873502 | 15 | 9/4/2019 | Rizor, Andrea | email to mom |
| 1873502 | 12 | 9/4/2019 | Rizor, Andrea | emails w mom |
| 1873502 | 12 | 9/6/2019 | Rizor, Andrea | email and message to mom |
| 1873502 | 36 | 9/9/2019 | Rizor, Andrea | with mom |
| 1873502 | 18 | 9/12/2019 | Rizor, Andrea | email with mom and consult with MArk |
| 1873502 | 24 | 9/13/2019 | Rizor, Andrea | records request |
| 1873502 | 24 | 9/24/2019 | Rizor, Andrea | on move, cofr |
| 1873502 | 12 | 9/24/2019 | Rizor, Andrea | to mom on discovery and move |
| 1873502 | 72 | 9/27/2019 | Cody, Mark | Telephone call re discovery. |
| 1873502 | 90 | 9/27/2019 | Rizor, Andrea | mtg w ORR |
| 1873502 | 90 | 9/27/2019 | Rizor, Andrea | preparing for meeting to discuss discovery |
| 1873502 | 6 | 10/7/2019 | Rizor, Andrea | email to mom |
| 1873502 | 12 | 10/10/2019 | Rizor, Andrea | email to mom |
| 1873502 | 12 | 12/23/2019 | Rizor, Andrea | email to mom |
| 1873502 | 12 | 12/27/2019 | Rizor, Andrea | email to mom and Amana |
| 1873502 | 18 | 1/13/2020 | Rizor, Andrea | calls from client |
| 1873502 | 24 | 1/16/2020 | Rizor, Andrea | emails w counsel |
| 1873502 | 42 | 1/17/2020 | Rizor, Andrea | with Karen on issues with the IPOS, services, ability to pay ect. |
| 1873502 | 24 | 1/22/2020 | Rizor, Andrea | with Karen on ability to pay |
| 1873502 | 12 | 1/22/2020 | Rizor, Andrea | emails on ability to pay, research |
| 1873502 | 30 | 2/4/2020 | Cody, Mark | Telephone call from aunt.  Message to Dave Honigman. |
| 1873502 | 18 | 2/5/2020 | Cody, Mark | Alerted Leslie Asmen and Jeff Weyrich to the situation. |
| 1873502 | 24 | 2/6/2020 | Cody, Mark | Telephone call with aunt. |
| 1873502 | 24 | 2/7/2020 | Cody, Mark | Review of email from aunt, brief consult with Andrea. |
| 1873502 | 36 | 3/2/2020 | Cody, Mark | Telephone call with aunt. |
| 1873502 | 30 | 3/3/2020 | Cody, Mark | Review documents provided. |
| 1873502 | 60 | 3/5/2020 | Cody, Mark | Review documents, telephone call with Leslie Asman. |
| 1873502 | 12 | 3/6/2020 | Cody, Mark | Telephone call to aunt.  LM. |
| 1873502 | 66 | 5/13/2020 | Cody, Mark | Telephone call with Karen, |
| 1873502 | 36 | 5/27/2020 | Cody, Mark | Extended call with aunt. |
| 1873502 | 30 | 7/30/2020 | Cody, Mark | Telephone call with mother. |
| 1873502 | 66 | 8/20/2020 | Cody, Mark | Review file, draft letter for review by Honigman. |
| 1873502 | 30 | 9/15/2020 | Cody, Mark | Telephone call with mother. |
| 1873502 | 36 | 11/6/2020 | Cody, Mark | Telephone call with mother. |
| 1873502 | 30 | 11/9/2020 | Cody, Mark | Telephone call with client's mother. |
| 1873502 | 42 | 11/13/2020 | Cody, Mark | Telephone call |
| 1873502 | 18 | 11/13/2020 | Cody, Mark | Telephone call with mother.  Told her that I have located an attorney who is willing to review client's case.  Will send her contact info on Monday |
| 1873502 | 18 | 11/17/2020 | Cody, Mark | Status letter |
| 1873502 | 18 | 3/1/2021 | Cody, Mark | Status letter to client's parent. |
| 1873502 | 18 | 6/21/2021 | Cody, Mark | Status update letter. |
| 1873502 | 60 | 11/15/2021 | Williams, Kyle | Call with Mom. |
| 1873502 | 30 | 10/5/2022 | Williams, Kyle | Call with mom |
| 1873502 | 12 | 11/7/2022 | Williams, Kyle | Call mother |
| 1873502 | 24 | 11/28/2022 | Williams, Kyle | edited records request and converted from access to regular records request. |
| 1873502 | 30 | 1/25/2023 | Williams, Kyle | drafted access letter to client and sent to Demi for review. |
| 1873502 | 18 | 3/9/2023 | Williams, Kyle | email Dave regarding Great Lakes Bill. |
| 1873502 | 6 | 3/9/2023 | Williams, Kyle | email Dave re: room and Board notes |
| 1873502 | 6 | 3/13/2023 | Williams, Kyle | email mom |
| 1873502 | 12 | 3/13/2023 | Williams, Kyle | emails with mom scheduling call |
| 1873502 | 24 | 3/14/2023 | Williams, Kyle | Call with mother |
| 1873502 | 42 | 5/19/2023 | Williams, Kyle | call with clients mom |
| 1873502 | 6 | 6/13/2023 | Williams, Kyle | case review note |

Class Rep GG

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1882067 | 42 | 2/26/2018 | Rizor, Andrea | call to guardians |
| 1882067 | 42 | 2/27/2018 | Rizor, Andrea | called Lapeer records dept |
| 1882067 | 12 | 3/1/2018 | Rizor, Andrea | note file |
| 1882067 | 36 | 3/1/2018 | Rizor, Andrea | Consult with Ashley |
| 1882067 | 60 | 3/7/2018 | Rizor, Andrea | with mom |
| 1882067 | 60 | 3/12/2018 | Rizor, Andrea | Participated in meeting today via telephone. Addressed lighthouse records |
| 1882067 | 66 | 3/13/2018 | Rizor, Andrea | call with CMH and consult with Ashley |
| 1882067 | 30 | 3/20/2018 | Rizor, Andrea | call to CMH |
| 1882067 | 46 | 3/20/2018 | Rizor, Andrea | to MDHHS |
| 1882067 | 30 | 3/20/2018 | Rizor, Andrea | prep for call with T, review of file to prep for email, consult briefly with Mark Cody |
| 1882067 | 12 | 3/20/2018 | Rizor, Andrea | Note file |
| 1882067 | 18 | 3/21/2018 | Rizor, Andrea | email to Erin w school ? |
| 1882067 | 36 | 3/21/2018 | Rizor, Andrea | Consult with Ashley. |
| 1882067 | 18 | 3/23/2018 | Rizor, Andrea | with ashley |
| 1882067 | 6 | 3/26/2018 | Rizor, Andrea | email with advocate |
| 1882067 | 12 | 4/2/2018 | Rizor, Andrea | Consult with Ashley on status. Reviewed action notices. |
| 1882067 | 20 | 4/2/2018 | Rizor, Andrea | consult with Ashley. |
| 1882067 | 12 | 4/19/2018 | Rizor, Andrea | Telephone call - with other parties related to Client's issues |
| 1882067 | 24 | 4/19/2018 | Rizor, Andrea | with Ashley |
| 1882067 | 24 | 4/20/2018 | Rizor, Andrea | Call to mom. Left message to arrange a meeting for the class action. |
| 1882067 | 240 | 4/26/2018 | Rizor, Andrea | to and from Lapeer |
| 1882067 | 90 | 4/26/2018 | Rizor, Andrea | with mom |
| 1882067 | 46 | 4/26/2018 | Rizor, Andrea | email with summary of case to cocounsel |
| 1882067 | 24 | 4/26/2018 | Rizor, Andrea | prepared for meeting, called mom to confirm |
| 1882067 | 30 | 4/27/2018 | Rizor, Andrea | with mom on lighthouse issues and summer |

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1882067 | 12 | 4/30/2018 | Rizor, Andrea | call to Lighthouse, lm |
| 1882067 | 24 | 5/3/2018 | Rizor, Andrea | with Ashley on next steps to help client |
| 1882067 | 18 | 5/7/2018 | Rizor, Andrea | call with mom |
| 1882067 | 30 | 5/9/2018 | Rizor, Andrea | with Connie Hart |
| 1882067 | 24 | 5/21/2018 | Rizor, Andrea | with mom on summer |
| 1882067 | 18 | 5/29/2018 | Rizor, Andrea | with mom on next steps summer |
| 1882067 | 42 | 5/30/2018 | Rizor, Andrea | email to MDHHS |
| 1882067 | 30 | 6/1/2018 | Rizor, Andrea | with mom on class action |
| 1882067 | 42 | 6/1/2018 | Rizor, Andrea | with MDHHS attorney, Leslie |
| 1882067 | 30 | 6/4/2018 | Rizor, Andrea | with mom on updates |
| 1882067 | 24 | 6/5/2018 | Cody, Mark | Consult with Michelle MULL, Andrea Rizor. |
| 1882067 | 24 | 6/5/2018 | Rizor, Andrea | Case consult with Michelle, Ashley, and Mark. |
| 1882067 | 24 | 6/6/2018 | Rizor, Andrea | email to MDHHs counsel and forward to mom |
| 1882067 | 30 | 6/7/2018 | Rizor, Andrea | with mom on status of case and meeting with CMH |
| 1882067 | 18 | 6/7/2018 | Rizor, Andrea | consult with advocate to have case transferred and provided update on case |
| 1882067 | 12 | 6/20/2018 | Rizor, Andrea | call from mom |
| 1882067 | 24 | 6/20/2018 | Rizor, Andrea | with mom on current problems. |
| 1882067 | 24 | 6/21/2018 | Rizor, Andrea | Prepared records request and sent to Sue for mailing. |
| 1882067 | 60 | 6/29/2018 | Rizor, Andrea | Records - Reviewed contact notes provided today. |
| 1882067 | 24 | 8/14/2018 | Rizor, Andrea | with mom |
| 1882067 | 12 | 6/12/2019 | Rizor, Andrea | Called client's mother and left message asking for returned call. |
| 1882067 | 6 | 6/13/2019 | Rizor, Andrea | call to parent |
| 1882067 | 12 | 9/4/2019 | Rizor, Andrea | email to Sue |
| 1882067 | 12 | 9/6/2019 | Rizor, Andrea | call to mom, left message |
| 1882067 | 12 | 9/9/2019 | Rizor, Andrea | call from parent |
| 1882067 | 48 | 9/12/2019 | Cody, Mark | Consult with Andrea.  Reviewed SR. Called mother and left message re documents. |
| 1882067 | 12 | 9/12/2019 | Rizor, Andrea | consult w Mark |
| 1882067 | 24 | 9/13/2019 | Cody, Mark | Telephone call with mother. |
| 1882067 | 30 | 9/13/2019 | Rizor, Andrea | records requests |
| 1882067 | 30 | 9/23/2019 | Cody, Mark | Consult with Andrea, telephone call with mother, tc set. |
| 1882067 | 15 | 10/10/2019 | Rizor, Andrea | email to mom |
| 1882067 | 24 | 12/23/2019 | Rizor, Andrea | email to parents |
| 1882067 | 36 | 8/3/2020 | Cody, Mark | Letter to client. |
| 1882067 | 30 | 8/3/2020 | Cody, Mark | Review SR, telephone call to mother. LM. |
| 1882067 | 36 | 9/1/2020 | Cody, Mark | Telephone call with mother. |
| 1882067 | 6 | 9/1/2020 | Cody, Mark | TC to Leslie Asman. LM. |
| 1882067 | 30 | 9/1/2020 | Cody, Mark | Telephone call with Leslie Asman. She will find out how to request a waiver to allow client to remain in current facility. |
| 1882067 | 30 | 9/3/2020 | Cody, Mark | Telephone call with mother. |
| 1882067 | 30 | 9/15/2020 | Cody, Mark | Telephone call with mother. |
| 1882067 | 18 | 11/17/2020 | Cody, Mark | Status letter |
| 1882067 | 18 | 3/1/2021 | Cody, Mark | Status letter to client's parent. |
| 1882067 | 18 | 6/21/2021 | Cody, Mark | Status letter. |
| 1882067 | 66 | 8/24/2021 | Cody, Mark | Research, Reading, Review and/or Compiling Information (Priority Project-Related) |
| 1882067 | 12 | 10/11/2021 | Williams, Kyle | Call to parents. |
| 1882067 | 18 | 11/15/2021 | Williams, Kyle | review compliant and left VM with dad for a return call. |
| 1882067 | 30 | 4/19/2022 | Williams, Kyle | Call with client's mom/guardian. |
| 1882067 | 30 | 11/7/2022 | Williams, Kyle | Call with Mom and Dad |
| 1882067 | 12 | 3/29/2023 | Williams, Kyle | review notes and email Gma |

Class Rep DP

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1904791 | 12 | 3/13/2018 | Rizor, Andrea | call mom and lm |
| 1904791 | 46 | 3/13/2018 | Rizor, Andrea | with mom and Sara |
| 1904791 | 46 | 3/16/2018 | Rizor, Andrea | call w mom |
| 1904791 | 12 | 3/16/2018 | Rizor, Andrea | email to Michelle |
| 1904791 | 42 | 3/16/2018 | Rizor, Andrea | created roi and retainer and emailed to mom |
| 1904791 | 12 | 3/19/2018 | Rizor, Andrea | email from mom |
| 1904791 | 6 | 3/19/2018 | Rizor, Andrea | email to mom |
| 1904791 | 6 | 3/19/2018 | Rizor, Andrea | email from CMH |
| 1904791 | 6 | 3/19/2018 | Rizor, Andrea | email MR |
| 1904791 | 12 | 3/20/2018 | Rizor, Andrea | email to mom |
| 1904791 | 18 | 3/26/2018 | Rizor, Andrea | email w parent |
| 1904791 | 30 | 3/27/2018 | Rizor, Andrea | email to Sue re sending record req |
| 1904791 | 60 | 4/2/2018 | Rizor, Andrea | reviewing records |
| 1904791 | 24 | 4/2/2018 | Rizor, Andrea | reviewing notes and consult with Ashley |
| 1904791 | 12 | 4/4/2018 | Rizor, Andrea | call to mom |
| 1904791 | 12 | 4/5/2018 | Rizor, Andrea | email to mom |
| 1904791 | 12 | 4/6/2018 | Rizor, Andrea | emails w mom |
| 1904791 | 12 | 4/10/2018 | Rizor, Andrea | email to mom |
| 1904791 | 36 | 4/23/2018 | Rizor, Andrea | summary of records |
| 1904791 | 120 | 4/23/2018 | Rizor, Andrea | researching records |
| 1904791 | 60 | 4/23/2018 | Rizor, Andrea | prep for client meeting and research |
| 1904791 | 120 | 4/24/2018 | Rizor, Andrea | meeting with family |
| 1904791 | 150 | 4/24/2018 | Rizor, Andrea | to and from client's home for meeting |
| 1904791 | 12 | 4/26/2018 | Rizor, Andrea | email to client's mom |
| 1904791 | 24 | 4/30/2018 | Rizor, Andrea | emails from mom |
| 1904791 | 42 | 4/30/2018 | Rizor, Andrea | with mom on Medicaid problems |
| 1904791 | 18 | 4/30/2018 | Rizor, Andrea | with Anne |
| 1904791 | 36 | 5/1/2018 | Rizor, Andrea | call to mom |
| 1904791 | 18 | 5/2/2018 | Rizor, Andrea | email with mom on Medicaid issues |

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1904791 | 30 | 5/3/2018 | Rizor, Andrea | research on crisis services, and email |
| 1904791 | 18 | 6/1/2018 | Rizor, Andrea | vm to mom and email to mom on class action |
| 1904791 | 18 | 6/4/2018 | Rizor, Andrea | emails with guardian on complaint |
| 1904791 | 42 | 7/19/2018 | Rizor, Andrea | with mom on update on services |
| 1904791 | 12 | 8/30/2018 | Rizor, Andrea | from mom |
| 1904791 | 12 | 8/30/2018 | Rizor, Andrea | messages for mom and cmh |
| 1904791 | 18 | 8/31/2018 | Rizor, Andrea | emails with mom and co-counsel |
| 1904791 | 18 | 8/31/2018 | Rizor, Andrea | with mom |
| 1904791 | 12 | 8/31/2018 | Rizor, Andrea | email to mom |
| 1904791 | 30 | 8/31/2018 | Rizor, Andrea | with CMH |
| 1904791 | 6 | 9/27/2019 | Rizor, Andrea | call to parent - LM |
| 1904791 | 12 | 10/10/2019 | Rizor, Andrea | email to mom |
| 1904791 | 12 | 10/15/2019 | Rizor, Andrea | emails w mom and counsel |
| 1904791 | 6 | 10/15/2019 | Rizor, Andrea | email to Emily |
| 1904791 | 5 | 10/29/2019 | Rizor, Andrea | email w mom |
| 1904791 | 15 | 1/21/2020 | Rizor, Andrea | note file |
| 1904791 | 15 | 1/21/2020 | Rizor, Andrea | closing ltr |

**Class Rep PS**

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1908314 | 18 | 3/20/2018 | Rizor, Andrea | prep ltr to CMH |
| 1908314 | 30 | 3/29/2018 | Rizor, Andrea | Correspondence with Third Party related to Client Issue (e-mail, letter) |
| 1908314 | 30 | 4/2/2018 | Rizor, Andrea | rvw records |
| 1908314 | 30 | 4/4/2018 | Rizor, Andrea | email to Traci |
| 1908314 | 120 | 4/4/2018 | Rizor, Andrea | reviewing records and emailing records dept. |
| 1908314 | 42 | 4/4/2018 | Rizor, Andrea | call to mom |
| 1908314 | 180 | 4/5/2018 | Rizor, Andrea | researching records and drafting summary of findings |
| 1908314 | 12 | 4/6/2018 | Rizor, Andrea | emails w Traci |
| 1908314 | 30 | 4/11/2018 | Rizor, Andrea | reviewing new retainer, request Sue to prepare additional rois and retainer. Call to co-counsel for upcoming client meeting. |
| 1908314 | 6 | 4/12/2018 | Rizor, Andrea | email to mom |
| 1908314 | 210 | 4/13/2018 | Rizor, Andrea | to and from muskegon |
| 1908314 | 120 | 4/13/2018 | Rizor, Andrea | Traveled to client's home. Met with his mother and co-counsel Emily. Discussed class action. Discussed specifics of client's issues. Paperwork signed. Returned back to office. |
| 1908314 | 12 | 4/19/2018 | Rizor, Andrea | Correspondence with Third Party related to Client Issue (e-mail, letter) |
| 1908314 | 12 | 4/20/2018 | Rizor, Andrea | with CMH |
| 1908314 | 12 | 4/23/2018 | Rizor, Andrea | email to mom on update |
| 1908314 | 18 | 4/23/2018 | Rizor, Andrea | with mom and cmh , vm |
| 1908314 | 18 | 4/23/2018 | Rizor, Andrea | with CMh |
| 1908314 | 12 | 4/27/2018 | Rizor, Andrea | call to mom |
| 1908314 | 6 | 5/18/2018 | Rizor, Andrea | call to mom - N/A, LM |
| 1908314 | 18 | 6/1/2018 | Rizor, Andrea | vm to mom, email to mom |
| 1908314 | 30 | 6/1/2018 | Rizor, Andrea | call with mom on class action and current status |
| 1908314 | 12 | 7/19/2018 | Rizor, Andrea | Called mom for update. Left detailed message. Wait for returned call. |
| 1908314 | 12 | 9/4/2018 | Rizor, Andrea | email from mom |
| 1908314 | 18 | 9/4/2018 | Rizor, Andrea | to mom |
| 1908314 | 12 | 9/5/2018 | Rizor, Andrea | emails w mom |
| 1908314 | 42 | 9/10/2018 | Rizor, Andrea | with mom on status of new home. |
| 1908314 | 6 | 9/14/2018 | Rizor, Andrea | to mom on records |
| 1908314 | 45 | 3/14/2019 | Rizor, Andrea | with counsel |
| 1908314 | 12 | 5/24/2019 | Rizor, Andrea | email with mom |
| 1908314 | 6 | 9/6/2019 | Rizor, Andrea | to sue for closing letter |
| 1908314 | 24 | 9/6/2019 | Rizor, Andrea | with mom on closing the case |
| 1908314 | 6 | 10/10/2019 | Rizor, Andrea | email to mom |

**Class Rep MB**

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1908407 | 12 | 3/27/2018 | Rizor, Andrea | Prepared records request for CMH. Sent to Sue for mailing. |
| 1908407 | 18 | 4/4/2018 | Rizor, Andrea | call to CMH |
| 1908407 | 210 | 4/11/2018 | Rizor, Andrea | reviewing client's records, drafting summary and sent to co counsel |
| 1908407 | 6 | 4/19/2018 | Rizor, Andrea | vm to mom regarding tomorrow's meeting |
| 1908407 | 46 | 4/20/2018 | Rizor, Andrea | meeting with client |
| 1908407 | 150 | 4/20/2018 | Rizor, Andrea | to clients home |
| 1908407 | 6 | 7/19/2018 | Rizor, Andrea | note file |
| 1908407 | 6 | 7/23/2018 | Rizor, Andrea | note file |
| 1908407 | 18 | 8/1/2018 | Rizor, Andrea | probate court and mom for letters of guardianship |
| 1908407 | 12 | 8/6/2018 | Rizor, Andrea | to mom and dave |
| 1908407 | 6 | 12/18/2018 | Rizor, Andrea | ltr to client |
| 1908407 | 12 | 4/24/2019 | Rizor, Andrea | call to parent |
| 1908407 | 15 | 4/30/2019 | Rizor, Andrea | email to counsel |
| 1908407 | 6 | 9/6/2019 | Rizor, Andrea | note file |

**Class Rep DD**

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 2184785 | 42 | 6/22/2023 | Williams, Kyle | Call with client's mom to discuss settlement and her role in the final settlement process. |
| 2184785 | 24 | 1/3/2022 | Williams, Kyle | Review file and follow up call with mom re: client documents. |
| 2184785 | 90 | 10/15/2021 | Williams, Kyle | Call with mom |
| 2184785 | 60 | 11/14/2022 | Williams, Kyle | Call with mother |
| 2184785 | 6 | 6/13/2023 | Williams, Kyle | case review note |
| 2184785 | 30 | 1/28/2022 | Williams, Kyle | call and email with mom about ongoing CPS issues and need for client docs. |

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 2184785 | 6 | 1/30/2022 | Williams, Kyle | email mom |
| 2184785 | 24 | 10/16/2021 | Williams, Kyle | email Sue re: client docs |
| 2184785 | 12 | 3/29/2023 | Williams, Kyle | email mother and review notes |

### Class Rep MM

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 2168727 | 36 | 8/10/2021 | Cody, Mark | Telephone call with mother. |
| 2168727 | 72 | 8/18/2021 | Cody, Mark | Review notes, arrange for ROIs and IR |
| 2168727 | 42 | 8/24/2021 | Cody, Mark | Review SR. |
| 2168727 | 6 | 6/29/2023 | Williams, Kyle | emial Demi re: ROI |
| 2168727 | 24 | 7/14/2023 | Williams, Kyle | call with SW re: placement issues. |
| 2168727 | 6 | 7/14/2023 | Williams, Kyle | update contact info. |
| 2168727 | 12 | 7/14/2023 | Williams, Kyle | update contact and SR information |
| 2168727 | 6 | 6/13/2023 | Williams, Kyle | case review note |
| 2168727 | 42 | 6/29/2023 | Williams, Kyle | Call with client's mom re: placement issues and update on settlement progress. |
| 2168727 | 24 | 3/1/2023 | Williams, Kyle | Call with clients mother |
| 2168727 | 6 | 3/15/2023 | Williams, Kyle | Call probation officer and left VM |
| 2168727 | 30 | 1/3/2022 | Williams, Kyle | Call with mother. |
| 2168727 | 6 | 11/14/2022 | Williams, Kyle | call mom |
| 2168727 | 6 | 10/11/2021 | Williams, Kyle | Call mom and left VM |
| 2168727 | 60 | 10/11/2021 | Williams, Kyle | Call with mom for update. |
| 2168727 | 6 | 7/14/2023 | Williams, Kyle | Call client's social worker |
| 2168727 | 12 | 7/14/2023 | Williams, Kyle | email social worker |
| 2168727 | 30 | 10/11/2021 | Williams, Kyle | email co-counsel re: potential class rep. |
| 2168727 | 12 | 3/13/2023 | Williams, Kyle | VM from PO and email follow-up |
| 2168727 | 6 | 3/2/2023 | Williams, Kyle | email Demi re: client docs |
| 2168727 | 12 | 3/21/2023 | Williams, Kyle | email client's mother |
| 2168727 | 6 | 3/9/2023 | Williams, Kyle | email mom |
| 2168727 | 18 | 7/6/2023 | Williams, Kyle | email client's social worker re: placement |

### Class Rep SW

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 2143682 | 18 | 7/2/2021 | Cody, Mark | Telephone call from mother, returned call, left message. |
| 2143682 | 54 | 5/7/2021 | Cody, Mark | Telephone call with C and DW. |
| 2143682 | 24 | 5/10/2021 | Cody, Mark | Email to mother. |
| 2143682 | 30 | 4/23/2021 | Cody, Mark | Review notes, telephone call to parent, lM. Email to mother. |
| 2143682 | 36 | 6/28/2021 | Cody, Mark | Telephone call with father. |
| 2143682 | 12 | 7/9/2021 | Cody, Mark | Telephone call. |
| 2143682 | 36 | 8/2/2021 | Cody, Mark | Review SR notes, email litigation team. |
| 2143682 | 72 | 8/18/2021 | Cody, Mark | Extended telephone call with mother. |
| 2143682 | 60 | 8/24/2021 | Cody, Mark | Review SR and notes. |
| 2143682 | 12 | 6/13/2023 | Williams, Kyle | case review note |
| 2143682 | 60 | 11/15/2021 | Williams, Kyle | Call with mom and dad. |
| 2143682 | 180 | 1/22/2022 | Williams, Kyle | call with family to complete class allegations. |
| 2143682 | 6 | 1/27/2022 | Williams, Kyle | forward email from AG to mother. |
| 2143682 | 6 | 1/27/2022 | Williams, Kyle | email from mom. |
| 2143682 | 12 | 1/31/2022 | Williams, Kyle | emails to get client docs back to family. |
| 2143682 | 12 | 11/4/2022 | Williams, Kyle | email to clients parents re: edu transportation issue |
| 2143682 | 18 | 10/11/2021 | Williams, Kyle | VM and email to mom. |
| 2143682 | 72 | 11/4/2022 | Williams, Kyle | Call with client's mom and advocate |
| 2143682 | 42 | 1/27/2022 | Williams, Kyle | Calls with AG's and OCHN's atty about emergency situation with Medicaid termination and client coming back to Michigan in 48 hours. |

### Class Rep AL

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1997703 | 40 | 5/7/2019 | Rizor, Andrea | consult w Rachel P |
| 1997703 | 30 | 6/18/2019 | Rizor, Andrea | Worked with Rachel and Sandy to prepare records request. Also reviewed grievance. |
| 1997703 | 10 | 6/24/2019 | Rizor, Andrea | Contacted CMH. Medical Records - Debra Friday. Left detailed message records were due on Friday and we have not received them yet. Requested returned call. |
| 1997703 | 120 | 7/2/2019 | Rizor, Andrea | mtg @ TBHS w COO, Case Manager, Mother |
| 1997703 | 260 | 7/2/2019 | Rizor, Andrea | travel to/from TBHS |
| 1997703 | 10 | 7/10/2019 | Rizor, Andrea | call mom and LM |
| 1997703 | 45 | 7/10/2019 | Rizor, Andrea | with mom on class rep status |
| 1997703 | 12 | 7/11/2019 | Rizor, Andrea | roi and retainer |
| 1997703 | 12 | 7/11/2019 | Rizor, Andrea | retainer |
| 1997703 | 12 | 7/15/2019 | Rizor, Andrea | to mom |
| 1997703 | 50 | 7/16/2019 | Rizor, Andrea | IPOS meeting by phone |
| 1997703 | 20 | 7/17/2019 | Rizor, Andrea | email to Sue and Sandy |
| 1997703 | 12 | 7/24/2019 | Rizor, Andrea | emails w mom |
| 1997703 | 18 | 7/26/2019 | Rizor, Andrea | with Tuscola CMH on subpoena |
| 1997703 | 10 | 7/30/2019 | Rizor, Andrea | email to Rachel |
| 1997703 | 15 | 8/6/2019 | Rizor, Andrea | case rvw |
| 1997703 | 15 | 8/27/2019 | Rizor, Andrea | Supervision - Providing Feedback & Info to Others (Casework Review, Performance Review) |
| 1997703 | 20 | 8/27/2019 | Rizor, Andrea | case rvw |
| 1997703 | 10 | 10/4/2019 | Rizor, Andrea | case rvw |
| 1997703 | 5 | 11/1/2019 | Rizor, Andrea | case rvw |
| 1997703 | 15 | 11/13/2019 | Rizor, Andrea | email mom |
| 1997703 | 12 | 11/15/2019 | Rizor, Andrea | email to mom |
| 1997703 | 12 | 12/12/2019 | Rizor, Andrea | note file |
| 1997703 | 90 | 12/12/2019 | Rizor, Andrea | call with mom for discovery and declaration |

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1997703 | 10 | 12/13/2019 | Rizor, Andrea | case rvw |
| 1997703 | 12 | 12/23/2019 | Rizor, Andrea | email to mom - declaration |
| 1997703 | 12 | 1/6/2020 | Rizor, Andrea | email to mom |
| 1997703 | 18 | 2/18/2020 | Rizor, Andrea | Correspondence with Third Party related to Client Issue (e-mail, letter) |
| 1997703 | 42 | 8/3/2020 | Cody, Mark | Extended telephone call with mother. |
| 1997703 | 60 | 8/3/2020 | Cody, Mark | note file re long call w mom |
| 1997703 | 18 | 11/17/2020 | Cody, Mark | Status letter |
| 1997703 | 18 | 3/1/2021 | Cody, Mark | Status letter. |
| 1997703 | 18 | 6/21/2021 | Cody, Mark | Status letter |
| 1997703 | 78 | 8/24/2021 | Cody, Mark | Review notes and SR |
| 1997703 | 18 | 11/15/2021 | Williams, Kyle | Review file for class rep consideration. |
| 1997703 | 120 | 5/17/2022 | Williams, Kyle | completed closing letter and sent to Demi |

### Class Rep JW

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 1914163 | 42 | 4/13/2018 | Rizor, Andrea | all client info to summarize |
| 1914163 | 42 | 4/13/2018 | Rizor, Andrea | write up summary |
| 1914163 | 24 | 4/16/2018 | Rizor, Andrea | with Emily and chris Davis waiting for mom and call to mom |
| 1914163 | 46 | 4/18/2018 | Rizor, Andrea | meeting in advance of apt, debriefing |
| 1914163 | 46 | 4/18/2018 | Rizor, Andrea | with mom and chris davis and Emily |
| 1914163 | 18 | 4/18/2018 | Rizor, Andrea | editing rois for todays meeting |
| 1914163 | 12 | 4/30/2018 | Rizor, Andrea | call to CMH |
| 1914163 | 46 | 5/3/2018 | Rizor, Andrea | Research on coordination of benefits. Consult with Kyle. |
| 1914163 | 46 | 5/15/2018 | Rizor, Andrea | research on Medicaid, calls to CMH and vm with mom |
| 1914163 | 30 | 5/15/2018 | Rizor, Andrea | with mom |
| 1914163 | 12 | 5/15/2018 | Rizor, Andrea | email to M M |
| 1914163 | 42 | 5/16/2018 | Rizor, Andrea | research on liability issues, vm to supervisor, consult with Mark Cody |
| 1914163 | 30 | 5/18/2018 | Rizor, Andrea | with CMH, supervisor |
| 1914163 | 6 | 5/18/2018 | Rizor, Andrea | call mom and lm |
| 1914163 | 12 | 5/30/2018 | Rizor, Andrea | with provider and mom |
| 1914163 | 46 | 6/1/2018 | Rizor, Andrea | with M m on problems with the cmh system as a provider prospective |
| 1914163 | 36 | 6/4/2018 | Rizor, Andrea | with mom on class action facts and update on CMH issues. |
| 1914163 | 12 | 6/4/2018 | Rizor, Andrea | vms with mom |
| 1914163 | 12 | 7/19/2018 | Rizor, Andrea | call to mom |
| 1914163 | 24 | 8/17/2018 | Rizor, Andrea | with Liz |
| 1914163 | 18 | 8/24/2018 | Rizor, Andrea | email with Liz and mom |
| 1914163 | 35 | 6/12/2019 | Rizor, Andrea | draft closing ltr |
| 1914163 | 30 | 9/6/2019 | Rizor, Andrea | with parent on closing out case. |
| 1914163 | 12 | 9/6/2019 | Rizor, Andrea | to Sue for closing and prep |
| 1914163 | 6 | 10/10/2019 | Rizor, Andrea | email to mom |

### Class Rep KM

| SR ID | Time Amount in Minutes | Time Date of Time Entry | Time Employee (Last, First) | Time Entry Note |
|---|---|---|---|---|
| 2190092 | 6 | 5/30/2023 | Williams, Kyle | email mom |
| 2190092 | 6 | 6/13/2023 | Williams, Kyle | email mom update |
| 2190092 | 72 | 3/22/2023 | Williams, Kyle | call with mother |
| 2190092 | 6 | 6/15/2023 | Williams, Kyle | call with mom re: AN records |
| 2190092 | 12 | 11/14/2022 | Williams, Kyle | review SR and call mom |
| 2190092 | 60 | 1/26/2023 | Williams, Kyle | Call with mother to get updates on clients care out of state and get updates on legislative meetings she is taking. |
| 2190092 | 18 | 6/22/2023 | Williams, Kyle | Call mom |
| 2190092 | 30 | 6/15/2023 | Williams, Kyle | Review records arbor circle |
| 2190092 | 30 | 5/30/2023 | Williams, Kyle | Call with client's mom re: records issue w/ arbor circle. |
| 2190092 | 12 | 6/13/2023 | Williams, Kyle | case review note |
| 2190092 | 12 | 1/3/2022 | Williams, Kyle | review file and email mom. |
| 2190092 | 48 | 8/1/2022 | Williams, Kyle | email State re: request for hospitalization |
| 2190092 | 42 | 5/31/2023 | Williams, Kyle | Draft access letter and email to mom for approval + work with Demi on submission |